# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**D.C. KING, B.T. PALMER, P.D. LOCHNER**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## VICTOR I. GARGUREVICH
## CULINARY SPECIALIST SEAMAN (E-3), U.S. NAVY

### NMCCA 201600029
### GENERAL COURT-MARTIAL

**Sentence Adjudged**: 17 November 2015.
**Military Judge**: CAPT Ann K. Minami, JAGC, USN.
**Convening Authority**: Commander, Navy Region Northwest, Silverdale, WA.
**Staff Judge Advocate's Recommendation**: LCDR E.K. Westbrook, JAGC, USN.
**For Appellant**: LCDR Ryan C. Mattina, JAGC, USN.
**For Appellee**: Brian K. Keller, Esq.

**26 April 2016**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court